# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

131591

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GILBERT CHARLES VAN POPERIN,
and DEVELOPMENT ENGINEERING
CO.,
      Plaintiffs-Appellants,

v

VINCENT DILORENZO, ANGELA
TINERVIA, and D & T CONSTRUCTION
COMPANY,
      Defendants-Appellees.

SC: 131591
COA: 265168
Macomb CC: 2002-004858-CK

_____/

     On order of the Court, the application for leave to appeal the May 30, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

11218